IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAR 14 2007

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 ) Cr. No.
vs. ) In violation of 21 U.S.C.
 ) §§ 841(a)(1) & (b)(1)(B)
JASON GILLIAM )
 )

INDICTMENT CR 07 028 ML

The Grand Jury charges that:

COUNT 1

On or about January 9, 2007, in the District of Rhode Island, the Defendant, JASON GILLIAM, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Mary E. Rogers
Assistant U.S. Attorney

Luis M. Matos
First Assistant U.S. Attorney

Dated: 3-14-07