1297889

RECEIVED
U.S. MARSHALS SERVICE
MAR 14 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JASON GILLIAM
[redacted]

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-28ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JASON GILLIAM
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally posses with intent to distribute cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 14, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at aci on writ; returned to aci | | |
| DATE RECEIVED 03/14/2007 | NAME AND TITLE OF ARRESTING OFFICER CD Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/19/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.