UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 07-0028ML |
| | ) | |
| JASON GILLIAM | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Jason Gilliam, the Defendant in the above captioned matter, and moves this Honorable Court to continue his sentencing, currently September 7, 2007, until after November 1, 2007. Mr. Gilliam submits the attached memorandum in support of this request.

Respectfully submitted
Jason Gilliam
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and Heather McLoughlin, United States Probation Officer, on August 15, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 07-0028ML |
| | ) | |
| JASON GILLIAM | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Gilliam has moved this Honorable Court to continue his sentencing hearing to a date after November 1, 2007. The sentencing is currently set for September 7, 2007.

The United States Sentencing Commission has proposed amendments to the advisory sentencing guidelines which will effect calculations in cases involving crack cocaine. Those amendments will go into effect on November 1, 2007, unless Congress acts to dispose of them. Additionally, several members of Congress have filed or are in the process of filing legislation which will change the threshold levels of cocaine possessed for mandatory minimum sentences under 21 U.S.C. § 841.

Mr. Gilliam has pled guilty to possession/distribution of a significant amount of cocaine base. His offense triggers a mandatory minimum sentence of 5 years in prison, and an advisory guideline range even longer. The change in the crack cocaine guidelines will have a direct effect on the calculations here.

For these reasons Mr. Gilliam requests the Court to grant this continuance. Also, the government has no objection to this continuance.

Respectfully submitted
Jason Gilliam
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and Heather McLoughlin, United States Probation Officer, on August 15, 2007.

/s/ Kevin J. Fitzgerald