UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 07-0028ML |
| | ) | |
| JASON GILLIAM | ) | |

MOTION TO CONTINUE SENTENCING

Now comes Jason Gilliam, the Defendant in the above captioned matter, and moves this Honorable Court to continue his sentencing, currently scheduled for November 14, 2007, for a period of 30 days. Mr. Gilliam submits the attached memorandum in support of this request.

Respectfully submitted
Jason Gilliam
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and Heather McLoughlin, United States Probation Officer, on October 31, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 07-0028ML |
| | ) | |
| JASON GILLIAM | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Gilliam has moved this Honorable Court to continue his sentencing hearing to a date for a period of 30 days. The sentencing is currently set for November 14, 2007. The defense requests this additional time to complete its investigation before the sentencing. Mr. Gilliam is from Connecticut and his connections to that state have slowed our preparation for his sentencing. The defense believes that this brief continuance will be sufficient to resolve these outstanding matters. Also, the government has no objection to this continuance.

For these reasons Mr. Gilliam requests the Court to grant this continuance.

Respectfully submitted
Jason Gilliam
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and Heather McLoughlin, United States Probation Officer, on October 31, 2007.

/s/ Kevin J. Fitzgerald