IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-07-028ML |
| | : | |
| JASON GILLIAM | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

Pursuant to the plea agreement, the government recommends a sentence of 70 months imprisonment. A sentence of 70 months is appropriate given the nature of the offense and the defendant’s criminal history.

The defendant’s criminal history suggests that he poses a danger to society. In 2002, the defendant was convicted of assault and a felony drug offense. The victim in the assault case was attacked by six or seven individuals, stabbed in the stomach, and robbed. Although the facts of the defendant’s prior felony drug conviction have not been provided, he received a three-year jail sentence (time served) and three years of probation. Less than a year after completing his probation on his prior felony drug conviction, the defendant engaged in the drug dealing leading to the charges in this case.

In this case, the defendant’s second felony drug conviction, the defendant’s criminal behavior escalated. He introduced firearms into the mix, offering to sell the cooperator a sawed-off shotgun. When questioned about this case, the defendant admitted that he was willing to sell firearms and that he had a source for guns in New York. He also told officers that the

sawed-off shotgun that he had offered to the cooperator was sold by his friend to another individual. Thus, according to his own admissions, the defendant, a convicted felon at the time of this offense, was a source for both crack cocaine and firearms.

Despite his proclivity for criminal misconduct, the defendant has had sporadic employment during his adult life. His prior employers have clearly stated that the defendant would not be considered for employment again due to his poor performance. The defendant's track record demonstrates disrespect for the law and a willingness to engage in activities that threaten the safety of the community. Given the facts of this case and the defendant's criminal history, a sentence of 70 months is necessary to protect society and to deter future misconduct by this defendant and others.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On December 12, 2007, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin J. Fitzgerald
10 Weybosset Street - Suite 300
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov